IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

RICHARD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2012.**

    Plaintiff's Motion to Amend Complaint [filed July 16, 2012; docket #21] is **denied as moot**. As explained in this Court's June 25, 2012 order, the Plaintiff may file an Amended Complaint once as a matter of course (i.e., *without seeking permission from the Court*) either before or within 21 days after the Defendant files an answer or motion pursuant to Fed. R. Civ. P. 12. *See* Fed. R. Civ. P. 15(a). Here, the Plaintiff has not yet filed an amended pleading and the Defendant has not yet filed an answer or other response to the operative Complaint.

    The Clerk of the Court is directed to provide to the Plaintiff a copy of the proper "complaint" form to be used in prisoner proceedings with the mailing of this order.