IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

HECTOR T. HUERTAS,
TRAVIS TRANI,
DENNIS BURBANK, and
DR. HODGE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2012.**

    Defendants' Motion to Vacate Scheduling Conference [filed August 28, 2012; docket #49] is **granted in part and denied in part**. Defendants demonstrate insufficient cause to vacate the conference in its entirety. However, because the Defendants were recently joined to this action, the Court will continue the conference for a short period. The Scheduling Conference currently set for September 4, 2012 is **vacated and rescheduled** to **October 22, 2012 at 9:30 a.m.** and will take place in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado.

    The plaintiff shall participate in this conference by telephone. Counsel whose offices are located outside of the Denver metropolitan area may appear at the scheduling conference by telephone. Please contact Chambers at (303) 844-4507 to arrange appearance by telephone. The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C. COLO. LCivR 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed. No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

    Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

    **In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
John Rainey, #42765
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777