IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

HECTOR T. HUERTAS,
TRAVIS TRANI,
DENNIS BURBANK, and
DR. HODGE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2012.**

    Defendants' Request [Motion] to Submit Documents Under Seal [filed October 15, 2012; docket #81] is **denied without prejudice** for failure to follow the procedure set forth in D.C. Colo. LCivR 7.2.