IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

      Plaintiff,

v.

HECTOR T. HUERTAS,
TRAVIS TRANI,
DENNIS BURBANK, and
DR. HODGE,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2012.**

      Before the Court is Plaintiff's Motion in Response to Minute Order of the Court Concerning Docket #70 to Defendants [sic] Motion for Extension of Time [filed October 18, 2012; docket #84]. Although vague and somewhat unintelligible, the motion appears to seek relief from this Court's October 3, 2012 order granting the Defendants a brief extension of time (2 days) within which to file a response brief to a pending motion. It appears that the Plaintiff misunderstands the order and believes that *he* was required to file a response. That is not the case; consequently, the Court can provide no relief under the circumstances and the motion is **denied**.

      The Court does note, however, that it would have been preferable to clarify the deadline for Plaintiff's reply brief in the October 3, 2012 order. In fact, in the present motion, the Plaintiff seeks "more time to respond to motions and briefs," but does not specify how much time he desires. Further, with this motion, Plaintiff files a reply brief in support of his first motion for preliminary injunction (docket #55); therefore, a request for extension of time is moot as to the first motion. However, with respect to the second motion (docket #61), Defendants filed a response brief on October 18, 2012; therefore, Plaintiff shall file any reply brief in support of the second motion for preliminary injunction **on or before November 5, 2012**.

      The Court reminds the Plaintiff that a "motion" describes an issue, problem or injury and seeks relief from the court, and a "brief" (whether response or reply) provides the court with facts and legal argument supporting a party's position. Thus, there is no such characterization as "response motion" or "reply motion." Further, pursuant to Local Rule 7.1C, a party opposing a motion typically must file a response brief within twenty-one (21) days after the motion is served on the opposing party, and the moving party may file a reply brief (in support of a motion) within fourteen (14) days after the response brief is served on the moving party.