IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

HECTOR T. HUERTAS,
TRAVIS TRANI,
DENNIS BURBANK, and
DR. HODGE,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2012.**

    Before the Court is Plaintiff's Response Motion for Preliminary Injunction to be Moved to Another Facility [filed October 5, 2012; docket #74]. Although vague and somewhat unintelligible, the motion appears to be a response brief to a pending motion the *Plaintiff* filed on September 19, 2012. Thus, it appears that the Plaintiff misunderstands the Court's September 20, 2012 order setting a briefing schedule and believes that *he* was required to file a response. That is not the case; consequently, the Court can provide no relief under the circumstances and the motion is **denied**.

    Further, pursuant to this Court's September 28, 2012, Plaintiff's third repetitive Motion for Temporary Restraining Order and Preliminary Injunction for Being Denied Due Process of Law [filed October 5, 2012; docket #75] is **stricken** pursuant to D.C. Colo. LCivR 7.1H. The relief requested is the same as that requested in pending motions, and the Plaintiff fails to identify how any information contained or relief requested in this motion is different than that contained or requested in his pending motions.