IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

HECTOR T. HUERTAS,
TRAVIS TRANI,
DENNIS BURBANK, and
DR. HODGE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

    Before the Court is Plaintiff's "Motion to Consolidate Preliminary Injunction" [filed October 25, 2012; docket #99]. Plaintiff appears to seek consolidation of the original and amended complaints in this case; however, the Federal Rules of Civil Procedure do not provide such relief. Rather, pursuant to Fed. R. Civ. P. 15, if the Plaintiff seeks to add or join a party to the operative Amended Complaint (docket #37), the Plaintiff must move for leave to file an amended complaint and attached a proposed amended complaint to his motion. Consequently, the present motion is **denied**.