IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

HECTOR T. HUERTAS,
TRAVIS TRANI,
DENNIS BURBANK, and
DR. HODGE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 27, 2012.**

    Before the Court is Plaintiff's "Motion for Clarification" [filed November 26, 2012; docket #110]. Like most of Plaintiff's filings, this "motion" is vague and prolix, and any request for relief is difficult to comprehend. Moreover, the information contained in the "motion" is the same or similar to that contained in other documents filed by the Plaintiff. The only request for relief the Court can liberally discern from the "motion" is a request by the Plaintiff that the Court "let the Plaintiff know when it receive [sic] this motion." To the extent this minute order satisfies Plaintiff's request, the motion is **granted** only as to such request. Otherwise, the motion is **denied**.