IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01434-CMA-MEH

JOHN RAINEY,

      Plaintiff,

v.

HECTOR T. HUERTAS,
TRAVIS TRANI,
DENNIS BURBANK, and
DR. HODGE

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 17, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Michael E. Hegarty

pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72.  (Doc. # 15.)  On January

17, 2013, Judge Hegarty issued a Recommendation, advising that Defendants'

Motion to Dismiss Plaintiff's Complaint (Doc. # 95) be granted.  (Doc. # 120.)

The Recommendation stated that "all parties shall have fourteen (14) days after

service hereof to serve and file any written objections in order to obtain reconsideration

by the District Judge to whom this case is assigned."  (*Id.* at 1, n.1.)  It also informed

the parties that "failure to file such written objections to proposed findings and

recommendations contained in this report may bar the party from a de novo

determination by the District Judge of the proposed findings and recommendations."

(*Id.*)  No party has filed objections.

"In the absence of timely objection, the district court may review a magistrate's

report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165,

1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing

that "[i]t does not appear that Congress intended to require district court review of

a magistrate's factual or legal conclusions, under a *de novo* or any other standard,

when neither party objects to those findings")).  Having reviewed the Recommendation

and the filings to which it relates, the Court discerns no clear error on the face of the

record and finds that Judge Hegarty's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States

Magistrate Judge Michael E. Hegarty (Doc. # 120) is AFFIRMED and ADOPTED as an

Order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint

(Doc. # 95) is GRANTED, and this case is hereby DISMISSED in its entirety.

DATED:  February   07  , 2013

BY THE COURT:

_____

CHRISTINE M. ARGUELLO
United States District Judge